UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jeffrey J. Reed,

    Plaintiff,

v.                                                                    Case No. 06-14233

International Union, United Automobile,    Honorable Sean F. Cox
Aerospace and Agricultural Implement
Workers of America,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF**
**LEAVE TO FILE SUPPLEMENTAL BRIEF**

On October 4, 2007, this Court heard oral argument on the parties' cross-motions for summary judgment. On October 11, 2007, Plaintiff filed a motion seeking to file a supplemental brief, along with the proposed supplemental brief. [Docket Entry No. 25]. No opposition to that motion has been filed.

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to file the supplemental brief is **GRANTED** and the Court shall consider the supplemental brief in deciding the pending motions.

                                      S/Sean F. Cox
                                      Sean F. Cox
                                      United States District Judge
Dated: October 15, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 15, 2007, by electronic and/or ordinary mail.

                                      S/Jennifer Hernandez
                                      Case Manager